■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TREVOR GORDON, Appellant. [656 NYS2d 897] —Appeal by the defendant from a judgment of the County Court, Dutchess County (Dolan, J.), rendered August 4, 1995, convicting him of criminal sale of a controlled substance in the third degree (3 counts) and criminal possession of a controlled substance in the third degree (3 counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's challenge to the legal sufficiency of the evidence is unpreserved for appellate review (see, CPL 470.05 [2]; People v Gray, 86 NY2d 10; People v Udzinski, 146 AD2d 245). In any event, viewing the evidence in the light most favorable to the prosecution (see, People v Contes, 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence (see, CPL 470.15 [5]; People v Bleakley, 69 NY2d 490, 495).

The sentence imposed was not excessive (see, People v Suitte, 90 AD2d 80).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Sullivan, J. P., Santucci, Friedmann and McGinity, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELONZO HUBBARD, Appellant. [656 NYS2d 898] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 29, 1992 (People v Hubbard, 184 AD2d 781), affirming a judgment of the Supreme Court, Kings County, rendered January 2, 1991.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see, Jones v Barnes, 463 US 745). Mangano, P. J., Rosenblatt, Sullivan and Santucci, JJ., concur.